# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-940-GW(SPx) | Date | June 15, 2017 |
| Title | *Carrie Couser v. Midland Credit Management, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 14, 2017, Plaintiff Carrie Couser filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for July 27, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on July 26, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   JG